| rrierCod | rrierCod | Airline | Air Cargo Tracking Links | Airport | Airport | Cust. | Customer |
|---|---|---|---|---|---|---|---|
| AA | 001 | American | https://www.aacargo.com/AACargo/track | ATL | Atlanta | AW | AWGW Partners |
| BR | | EVA Air | https://www.brcargo.com/ec_web/Defau | CGK | Jakarta | CS | Crafton Supply |
| CL | | Lufthansa | https://lufthansa-cargo.com/eservices/et | DFW | Dallas Fort Worth | LE | Leveaux Experss |
| CX | 160 | Cathay | http://www.cathaypacificcargo.com/en-u | DPS | Denpasar | MC | Middleton Central |
| EI | | Aer Lingus | http://www.aerlinguscargo.com/ecargo/t | HLP | Halim (Jakarta 2nd) | RC | RCCM Products 007 Ltd. |
| EY | 607 | Etihad | http://www.etihadcargo.com/manageshi | IAH | Washington Dulles | SC | Sinclair Central |
| QF | | Qantas | https://www.qantas.com.au/qfreight/qfe | JFK | John F. Kennedy | DT | Denspar Tile |
| QR | | Qatar | http://qrcargo.com/trackshipment | LAX | Los Angeles | | |
| RJ | | Royal Jordanian | http://rj-cargo.com/ | MIA | Miami | | |
| SQ | 618 | Singapore | http://www.siacargo.com/ccn/ShipmentT | ORD | Chicago | | |
| TK | | Turkish | http://www.turkishcargo.com.tr/en/e-car | SFO | San Francisco | | |
| 2Y | 585 | My Indo Airlines | http://www.track-trace.com/aircargo | SIN | Singapore | | |
| BA | 125 | British Airways | https://www.iagcargo.com/iagcargo/port | YVR | Vancouver, BC | | |
| 7L | 501 | Silk Way West | http://www.track-trace.com/aircargo | | | | |
| JL | 131 | Japan Airlines | | | | | |
| CI | | | | | | | |

[redacted]

| Supplier | Suplier | Warehouses |
|---|---|---|
| AG | Syamsu Bahri | CA Warehouse |
| AN | Angga | GBN |
| AP | Adi Putra | [redacted] Loker Avenue west Suite C |
| AR | Ardiansyah | Carlsbad, Ca 92010 |
| DD | Dede Dian | Contact: Charlie 419[redacted] |
| EA | Equatorial Adi | |
| GA | Gusti Agus | KS Warehouse |
| IN | Indah Novita | R&G |
| IV | Ivan | [redacted] Santa Fe South |
| MA | Mat Aidi | Wichita, Kansas 67211 |
| MM | Muhammad Mahdi | Contact: Corey 316-[redacted] |
| MTI | Lukito | Contact |
| RUDI | Rudi | |
| TOLL | Toll Group | |
| US | Urip Santoso | |
| YR | Yusuf Ramadan | |
| YZ | Yantz | |

| YTD # | MO # | P.O. # | Source | Paid Date | $ Amount | Quantity Ordered | Quantity Received | $/kg | Link to Invoice | Link to Payment | Received Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | | JANUARY | | | | 10,200 | 20,280 | 987 | | | | |
| 1 | 1 | 1000 | AdiPutra | | | 5,000 | 5,000 | 250 | No | | 1/14/2017 | |
| 2 | 2 | Indo Botanical | Ivan | | | 2,000 | 2,000 | 100 | No | | 1/18/2017 | |
| 3 | 3 | Agus | Syamsu | | | 5,000 | 5,000 | 238 | No | | 1/17/2017 | 1/29/2017 |
| 4 | 4 | ACA Herbs | RUSLI ACAHerbs | | | 1,500 | 1,500 | 60 | No | | 1/19/2017 | |
| 5 | 5 | Indo Botanical | Ivan | | | 3,440 | 3,440 | 172 | No | | 1/20/2017 | |
| [illegible] | 6 | Indo Botanical | Yantz | | | 1,260 | 1,260 | 65 | No | | 1/21/2017 | |
| [illegible] | 7 | Yanta | | | | 2,000 | 2,080 | 104 | No | | 1/28/2017 | |
| - | | FEBRUARY | | | $991,736 | 39,975 | 149,031 | 4040 | | | | |
| [illegible] | 1 | 201702.004 | Mat Aldi | 2/2/2017 | $25,000 | 2,500 | 2,500 | 123 | | | 2/7/2017 | |
| [illegible] | 2 | 201702.005 | Adi Putra | 2/2/2017 | $20,000 | 2,500 | 2,500 | 123 | | | 2/9/2017 | |
| [illegible] | 3 | 201702.006 | Ivan | 2/2/2017 | $35,000 | 5,000 | 5,000 | 250 | | | 2/8/2017 | |
| [illegible] | 4 | 201702.007 | RUSLI ACAHerbs | 2/2/2017 | $32,150 | 5,000 | 5,000 | 200 | No | | 2/10/2017 | |
| 12 | 5 | 201702.008 | Yantz | 2/2/2017 | $35,000 | 5,000 | 5,100 | 255 | No | | 2/14/2017 | |
| 13 | 6 | 201702.009 | Ivan (600 crushed) | 2/8/2017 | $3,000 | 600 | 600 | 44 | No | | 2/11/2017 | |
| 14 | 7 | On hold | Equatorial Adi | | | | | | | | | On hold pending funding |
| [illegible] | 8 | On hold | Gusti | | | | | | | | | On hold pending funding |
| [illegible] | 9 | 201702012 | RUSLI ACAHerbs | 2/21/2017 | $24,500 | 4,050 | 4,050 | 162 | No | | 2/10/2017 | |
| 17 | 10 | 201702013 | Customs Auction via Adi Putra | | $48,000 | 24,000 | | | | | 3/19/2017 | $48K was 50% dp — bal due 28 Feb |
| [illegible] | 11 | 201702014 | RUSLI ACAHerbs | 2/21/2017 | $32,150 | 5,000 | 5,000 | 200.00 | | | 2/24/2017 | Delivery scheduled 2/23/17 |
| [illegible] | 12 | 201702015 | Balance due for customs auction | 2/27/2017 | $48,000 | | | | | | 3/19/2017 | Delivery expected 2/27/17 |
| [illegible] | 13 | 201702016 | Ivan Indo Botanical | 2/24/2017 | $35,000 | 5,000 | 5,000 | 200 | | | 3/3/2017 | |
| [illegible] | 14 | 201702017 | Adi Putra | on | account | 1,125 | 1,125 | 45 | | | 2/25/2017 | |
| [illegible] | 15 | 201702018 | Adi Putra | on | account | 200 | 200 | 16 | | | 2/25/2017 | Crushed leaves |
| - | | MARCH | | | $467,836 | 82,660 | 84,810 | 1268 | | | | MARCH |
| [illegible] | 1 | 201703001 | Mat Aldi | 3/7/2017 | $35,000 | 5,000 | 5,000 | 250 | | | 3/29/2017 | Plus $9x5000=$45,000+$35,000=$80,000 |
| 24 | 2 | 201703002 | RUSLI | 3/7/2017 | $32,150 | 5,000 | 5,000 | 200 | | | 3/13/2017 | |
| 25 | 3 | 201703003 | Adi Iriawan | 3/13/2017 | $19,500 | 3,000 | 3,150 | 150 | | | 3/17/2017 | new supplier |
| 26 | 4 | 201703004 | RUSLI | 3/10/2017 | $32,150 | 5,000 | 5,000 | 200 | | | 3/13/2017 | |
| [illegible] | 5 | 201703005 | Irvan | 3/10/2017 | $35,000 | 5,000 | 5,000 | 80 | | | 3/17/2017 | |
| [illegible] | 6 | 201703006 | Gusti | 3/10/2017 | $32,500 | 5,000 | 5,000 | 250 | | | 4/1/2017 | |
| [illegible] | 7 | 201703007 | Yanto | | $35,000 | 5,000 | 5,000 | | | | | On hold pending process review |
| [illegible] | 8 | 201703008 | Agus | 3/23/2017 | $61,750 | 19,000 | 19,000 | | | | | PAID IN FULL |
| [illegible] | 9 | 201703009 | Adi Putra | on | account | 3,460 | 3480 | 152 | | | 3/9/2017 | |
| [illegible] | 10 | 201703010 | Mat Aldi | | $49,000 | 7,000 | 7,000 | | | | | |
| [illegible] | 11 | 201703011 | RUSLI | 4/4/2017 | $63,586 | 10,200 | 10,200 | | | | | PAID IN FULL |
| [illegible] | 12 | 201703012 | Irvan | 3/24/2017 | $70,000 | 10,000 | 12,000 | | | | 4/2/2017 | Straight to Surabaya |
| - | | APRIL | | | $224,643 | 35,250 | 25,250 | 932.8962 | | | | APRIL |
| 33 | 1 | 201704001 | MMA | | $5,800 | 1,000 | 1,000 | | | | | |
| 34 | 2 | 201704002 | Mat Aldi | | $49,000 | 7,000 | 7,000 | | | | | |
| [illegible] | 3 | 201704003 | Gusti | | $65,000 | 10,000 | | | | | | |
| [illegible] | 4 | 201704004 | Rusli | 5/10/2015 | $94,843 | 14,750 | 14,750 | | | | | Paid in full |
| [illegible] | 5 | 201704005 | Adi Putra | | $10,000 | 2,500 | 2,500 | | | | | Paid in full |
| - | | MAY | | | $4,000 | 10 | 10 | 525.4492 | | | | MAY |
| 40 | 6 | 201705001 | Mat Aldi | 5/30/2017 | $4,000 | 10 | 10 | | | | | Reported 1.2%. Mat said he will replace with some good stuff. |
| - | | JUNE | | | $397,826 | 31,525 | 31,525 | 264.9646 | | | | JUNE |
| 41 | 1 | 201706001 | Mat Aldi | | $115,675 | 16,525 | 16,525 | | | | | |
| [illegible] | 2 | 201706002 | Irvan | | $0 | 0 | | | | | | |
| [illegible] | 3 | 201706003 | Gusti | | $0 | 0 | | | | | | |
| 44 | 4 | 201706004 | Ardiansyah | | $86,250 | 15,000 | 15,000 | | | | | |
| - | | | Hery for shipping | | $195,901 | | | | | | | |
| - | | JULY | JULY | | $375,500 | 34,800 | 42,300 | 142.2421 | | | | JULY |
| - | | | Hery for shipping | 8/1/2017 | $150,000 | | | | | | | |
| [illegible] | 1 | 201707001 | MatAidi for product | 8/1/2017 | $70,000 | 10,000 | 17,500 | | | | | Frosting 7,500 kg - Paid $52,500 after received on 9/11/17 |
| 46 | 2 | 201707002 | Ardiansyah for product | 8/1/2017 | $57,500 | 10,000 | 10,000 | | | | | |
| 47 | 3 | 201707003 | Irvan for product | 8/1/2017 | $12,000 | 2,000 | 2,000 | | | | | |
| 48 | 4 | 201707004 | MMA for product | 8/1/2017 | $4,800 | 800 | 800 | | | | | Paid by JML (Reimbursement paid to JML by check) |
| [illegible] | 5 | 201707005 | Adi Putra for product | Paid 7/28 | $12,000 | 2,000 | 2,000 | | | | | |
| [illegible] | 6 | 201707006 | Gusti for product | | $0 | | | | | | | Did not complete this order |
| [illegible] | 7 | 201707007 | Adi Putra for product | Paid 7/28 | $24,000 | 4,000 | 4,000 | | | | | |
| [illegible] | 8 | 201707008 | Adi Putra for shipping 201707.005 & 201707.007 | Paid 7/28 | $45,000 | 6,000 | 6,000 | | | | | |
| - | | AUGUST | AUGUST | | $211,893 | 2,300 | 43,900 | 96.74151 | | | | AUGUST |
| [illegible] | 1 | | Hery for shipping (July orders) | 8/18/2017 | $198,693 | | | | | | | |
| [illegible] | 2 | 201708003 | Irvan for trees | | $1,200 | 300 | 300 | | | | | Paid him cash - need reimbursement |
| [illegible] | 3 | 201708004 | MMA for product | 8/21/2017 | $12,000 | 2,000 | 2,000 | | | | | |
| - | | SEPTEMBER | SEPTEMBER | | $801,700 | 61,800 | 21,800 | | | | | SEPTEMBER |
| [illegible] | 1 | 201709001 | Adi Putra for product | 9/8/2017 | $65,000 | 10,000 | | $6.50 | WO 9/24-30 | | | |
| [illegible] | 2 | 201709002 | MatAidi for product | | $70,000 | 10,000 | 17,500 | $7.00 | WO 9/10-23 | | | |
| 58 | 3 | 201709003 | Gusti for product | 9/13/2017 | $30,000 | 5,000 | | $6.00 | WO 10/01-07 | | | |
| 59 | 4 | 201709004 | Ardiansyah for product | 9/15/2017 | $8,100 | 1,800 | 1,800 | $4.50 | WO 9/03-09 | | | Crushed leaf |
| 60 | 5 | 201709005 | MatAidi for trees | 9/13/2017 | $2,000 | 500 | 500 | $4.00 | WO 9/17-23 | | | |
| 61 | 6 | 201709006 | MatAidi for product | 9/13/2017 | $9,000 | 2,000 | 2,000 | $4.50 | WO 9/17-23 | | | Crushed leaf to ship on top of the trees |
| [illegible] | 7 | 201709007 | Hery for shipping (Early September) | 9/16/2017 | $168,800 | n/a | | | | | n/a | |
| [illegible] | 8 | 201707001 | MatAidi 2nd payment for last order | 9/11/2017 | $52,500 | n/a | | | | | n/a | |
| [illegible] | 9 | 201709008pk | Irvan for 1,000 trees | 9/24/2017 | $4,000 | 1,000 | | $4.00 | WO 9/24-30 | | | I paid him 9/25/17 need reimbursement |
| [illegible] | 10 | 201709002 | MatAidi 2nd payment for last order | | $52,500 | n/a | | | | | n/a | |
| 66 | 11 | 201709009 | MatAidi for product | 2/10/2018 | $49,000 | 7,000 | | $7.00 | WO 9/24-30 | | | WE DID NOT PAY FOR THIS SHIPMENT YET |
| 67 | 12 | 201709010 | Yosep for product | 10/13/2017 | $60,000 | 10,000 | | $6.00 | WO 10/01-07 | | | |
| [illegible] | 13 | 201709011 | Ardiansyah | | $46,000 | 8,000 | | $5.75 | WO 9/24-30 | | | |
| 69 | 14 | 201709012 | MMA for product | 10/5/2017 | $12,000 | 2,000 | | $6.00 | WO 10/01-07 | | | I paid it on 10/5/17 & got reimbursed on 10/13/17 |
| [illegible] | 15 | 201709013 | Irvan for product | 10/11/2017 | $24,000 | 4,000 | | $6.00 | WO 10/01-07 | | | |
| 71 | 16 | 201709014 | Hery for shipping (WO 9/24- 9/30) | | $168,800 | 26,000 | | $6.49 | | | n/a | |
| - | | OCTOBER | OCTOBER | | $567,100 | 39,500 | 0 | | | | | OCTOBER |
| 72 | 1 | 201710001 | Adi Putra for product | 10/31/2017 | $9,000 | 1,500 | | $6.00 | 10/22-10/28 | | | |
| 73 | 2 | 201710002 | Mat Aidi for product | | $70,000 | 10,000 | | $7.00 | 10/22-10/28 | | | |
| 74 | 3 | 201710003 | MMA for product | 10/30/2017 | $39,000 | 6,500 | | $6.00 | 10/22-10/28 | | | |
| 75 | 4 | 201710004 | Irvan for product | 10/31/2017 | $42,000 | 7,000 | | $6.00 | 10/22-10/28 | | | |
| 76 | 5 | 201710005 | Hery for shipping week 10/8-10/14 | 10/31/2017 | $168,800 | | | | | | | |
| 77 | 6 | 201710006 | Mat Aidi for product | 10/30/2017 | $70,000 | 10,000 | | $7.00 | 10/29-11/4 | | | |
| 78 | 7 | 201710007 | Yosep for product | 12/31/2018 | $12,000 | 2,000 | | $6.00 | 10/29-11/4 | | | |
| 79 | 8 | 201710008 | Mat Aidi for product | 10/30/2017 | $17,500 | 2,500 | | $7.00 | 10/29-11/4 | | | |
| 80 | 9 | 201710009 | Hery for shipping week 10/15-10/21 | 11/14/2017 | $168,800 | | | | | | | |
| - | | NOVEMBER | NOVEMBER | | $958,800 | 75,000 | 0 | | | | | NOVEMBER |

[redacted]

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | 1 | 201711.001 | Mat Aidi for product | 12/5/2017 | $70,000 | 10,000 | | $7.00 | | | |
| 82 | 2 | 201711.002 | Adi Putra for product | 11/14/2017 | $60,000 | 10,000 | | $6.00 | | | |
| 83 | 3 | 201711.003 | Mat Aidi for product | 12/8/2017 | $70,000 | 10,000 | | $7.00 | | | |
| 84 | 4 | 201711.004 | Heny for shipping week 10/29-11/04 | 12/4/2017 | $168,800 | | | | | | |
| 85 | 5 | 201711.005 | Yosep for product | 1712/11/17 | $180,000 | 30,000 | | $6.00 | | | Down payment of $20,000down payment of $40,000Down payment of $40,000 20180118Down payment of $40,000 20180131 |
| 86 | 6 | 201711.006 | | | | | | | | | |
| 87 | 7 | 201711.007 | Gusti for product | 12/8/2017 | $30,000 | 5,000 | | $6.00 | | | Down payment of $20,000BAL DUE PAYMENT $1( Paid $2,000 1/31/2018 |
| 88 | 8 | 201711.008 | Herwanto for product | 12/11/2017 | $60,000 | 10,000 | | $6.00 | | | |
| 89 | 9 | 201711.009 | Heny for shipping | 12/29/2017 | $100,000 | | | | | | Paid $100,000.00 |
| 90 | 10 | 201711.010 | Mat Aidi for product | 12/11/2017 | $70,000 | 10,000 | | $7.00 | | | |
| 91 | 11 | 201711.011 | Adi Putra for product | 12/11/2017 | $30,000 | 5,000 | | $6.00 | | | |
| | 12 | 201711.012 | Irvan for product | 12/8/2017 | $60,000 | 10,000 | | $6.00 | | | Down payment of $20,000BAL DUE PAYMENT $40,000 20180102 |
| | 15 | 201711.013 | MMA for product | | $60,000 | 10,000 | | $6.00 | | | |
| | DECEMBER | | DECEMBER | | $455,000 | 45,000 | 0 | | | | DECEMBER |
| | 1 | 201712.001 | Mat Aidi for product | 12/29/2017 | $70,000 | 10,000 | | $7.00 | | | Paid $50,000 20171229BAL DUE Paid $20,000 20180210 |
| 95 | 2 | 201712.002 | Adi Putra for product | | $60,000 | 10,000 | | $4.00 | | | |
| 96 | 3 | 201712.008 | Herwanto for product | 1/10/2018 | $60,000 | 10,000 | | $6.00 | | | |
| | 4 | 201712.013 | Heny for shipping | 1/30/2018 | $40,000 | | | | | https://drive.google.com/open?id=1uxp25pgb47KIZucyNfXQzKlQvgbr5EXL | |
| | 5 | 201712.018 | Heny for shipping | 1/9/2018 | $120,000 | | | | | https://drive.google.com/open?id=1uxp25pgb47KIZucyNfXQzKlQvgbr5EXL | |
| 99 | 6 | 201712.019 | Mat Aidi for product | 1/31/2018 | $105,000 | 15,000 | | $7.00 | | | Down payment of $40,000 20180118BAL DUE Pa Paid $31,500 12/31/2018 |
| | JANUARY | | JANUARY | | $410,000 | 65,000 | 0 | | | | JANUARY |
| | 1 | 201801.001 | MMA for product | | $60,000 | 10,000 | | $4.00 | | | |
| | 2 | 201801.002 | Mat Aidi for product | | $140,000 | 20,000 | | $7.00 | | https://drive.google.com/open?id=1Rhw5C8QH/KSWHYAQup_lgvFbDf1EmYU | |
| | 3 | 201801.003 | Hamid Khan | | $60,000 | 10,000 | | $6.00 | https://driv | | 5,000 kg red + 5,000kg white |
| | 4 | 201801.004 | Gusti Agus | | $0 | | | $4.00 | | | Cancelled due to non-payment |
| | 5 | 201801.005 | Herwanto for product | | $60,000 | 10,000 | | $6.00 | | https://drive.google.com/open?id=1YNuJJy-KL9OgfluRTCnByHRr_DiMlNmE | |
| | 6 | 201801.006 | Yosep for product | | $60,000 | 10,000 | | $6.00 | | https://drive.google.com/open?id=1YYaJAK-Im2jnYaPF/VRJKSlMZl-F1 | |
| | 7 | 201801.007 | Adi Putra for product | | $30,000 | 5,000 | | $6.00 | https://driv | https://drive.google.com/open?id=1QYh8RDcZr4dzYvZZrQWIdIhd_Sdvjln | |
| | FEBRUARY | | FEBRUARY | | $48,000 | 250,000 | 0 | | | | FEBRUARY |
| | 1 | 201802.001 | RKB for product | | $18,000 | 3,000 | | $6.00 | https://driv | | Sent to Canada 201802.009-FF-3000-10 Paid for from IndoOps budget |
| | 2 | 201802.002 | MMA for product | | $30,000 | 5,000 | | $6.00 | https://driv | https://drive.google.com/open?id=1gnaIpzIJTpQK8bkJD6gRNLOdM_synh | |
| | MARCH | | MARCH | | $1,888,995 | 186,000 | 0 | | | | MARCH |
| 10 | 1 | 201803.001 | Mat Aidi for product | | $21,000 | 3,000 | | $7.00 | | | |
| 11 | 2 | 201803.002 | Mat Aidi for product | | $21,000 | 3,000 | | $7.00 | | | |
| | 3 | 201803.003 | Mat Aidi for product | | $70,000 | 10,000 | | $7.00 | | https://drive.google.com/open?id=1omIb2iR736jRZL4qE1eRM58QBbYP7l | Shipped to SUB via sea freight |
| | 4 | 201803.004 | Yosep for product | | $60,000 | 10,000 | | $6.00 | https://driv | | |
| | 5 | 201803.005 | Mat Aidi for product | | $70,000 | 10,000 | | $7.00 | https://driv | https://drive.google.com/open?id=1omIb2iR736jRZL4qE1eRM58QBbYP7l | Shipped to SUB via sea freight |
| | 6 | 201803.006 | Mat Aidi for product | | $70,000 | 10,000 | | $7.00 | https://driv | | Shipped to SUB via sea freight |
| | 7 | 201803.007 | Lukito/Heny for shipping | | $82,000 | - | - | | Outgoing | https://drive.google.com/open?id=1Ur1hb7s2p-M24UTpw68t-eKZms_Jool | Each shipping invoice is linked the shipment on the OUTGOING tab |
| | 8 | 201803.008 | Lukito/Heny for shipping | | $49,991 | - | - - | | Outgoing | https://drive.google.com/open?id=1mIeRKC6Q2RRJmBdnky7AVJ2rR2sUEu5 | Each shipping invoice is linked the shipment on the OUTGOING tab |
| | APRIL | | APRIL | | $60,000 | $10,000 | 0 | | | | APRIL |
| | 9 | 201804.001 | Gusti for product | | $60,000 | 10,000 | | $4.00 | | | |
| | MAY | | MAY | | $580,000 | 110,000 | 0 | | | | MAY |
| | 1 | 201805.001 | Adi Putra for product | | $60,000 | 10,000 | | $4.00 | | | |
| 20 | 2 | 201805.002 | Mat Aidi for product | | $60,000 | 10,000 | | $4.00 | | | |
| 21 | 3 | 201805.003 | Yosep for product | | $60,000 | 10,000 | | $4.00 | | | |
| | 4 | 201805.004 | | | $60,000 | 10,000 | | $4.00 | | | |
| | 5 | 201805.005 | | | $60,000 | 10,000 | | $4.00 | | | |
| 24 | 6 | 201805.006 | | | $60,000 | 10,000 | | $4.00 | | | |
| 25 | 7 | 201805.007 | | | $60,000 | 10,000 | | $4.00 | | | |
| 26 | 8 | 201805.008 | | | $60,000 | 10,000 | | $4.00 | | | |
| | 9 | 201805.009 | | | $60,000 | 10,000 | | $4.00 | | | |
| | 10 | 201805.010 | | | $60,000 | 10,000 | | $4.00 | | | |
| | 11 | 201805.011 | | | $60,000 | 10,000 | | $4.00 | | | |

[illegible]

[redacted]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | [illegible] | [illegible] | [illegible] | [illegible] |
| 2017 | | | | | | | |
| Monthly | Jan | 20,141 | Paid already | | | | |
| Totals | Feb | 38,113 | Paid already | | | | |
| | Mar | 80,480 | Paid already | | | | |
| | Apr | 53,184 | Paid already | | | | |
| | May | 10 | | 11.00 | $110.00 | | |
| | Jun | 27,444 | | 11.00 | $27,844.00 | | |
| | Jul | 36,107 | | 11.00 | $36,907.00 | | |
| | Aug | 43,254 | | 11.40 | $42,334.00 | -$1,587.02 | Exceed shipment |
| | Sep | 62,443 | | 10.75 | $46,382.25 | -$18,444.00 | Shipping for others credit |
| | Oct | 35,284 | | 10.75 | $26,402.00 | -$201,200.00 | FL House |
| | Nov | 37,718 | | 10.75 | $28,231.50 | | |
| | Dec | 81,889 | | 10.75 | $61,374.25 | | |
| | 2017 TOTAL | 490,328 | | | $284,298.00 | -$218,841.00 | |
| | 2017 MO. AVE. | 40,860 | | Due | $69,118.00 | | |
| 2018 | Jan | 50,148 | | 10.75 | $37,804.75 | | |
| Monthly | Feb | 12,783 | | 10.75 | $9,271.75 | | |
| Totals | Mar | 38,411 | | 10.75 | $27,204.25 | | |
| | Apr | | | 10.75 | $0.00 | | |
| | May | 10,880 | | 10.75 | $15,515.00 | | |
| | Jun | | | 10.75 | $0.00 | | |
| | Jul | | | 10.75 | $0.00 | | |
| | Aug | | | 10.75 | $0.00 | | |
| | Sep | | | 10.75 | $0.00 | | |
| | Oct | | | 10.75 | $0.00 | | |
| | Nov | | | 10.75 | $0.00 | | |
| | Dec | | | 10.75 | $0.00 | | |
| | 2018 YTD TOTAL | 118,902 | | | $128,113.75 | | |
| | 2017 YTD MO. AVE. | 38,008 | | | | | |
| | Island Lease Start | | | | $20,000.00 | | |
| | Island Sep 2018 | | | | $2,300.00 | | |
| | Island Oct 2018 | | | | $2,300.00 | | |
| | Island Nov 2018 | | | | $2,370.00 | | |
| | Island Dec 2018 | | | | $2,300.00 | | |
| | Island Jan 2019 | | | | $2,370.00 | | |
| | Island Feb 2019 | | | | $2,330.00 | | |
| | Island Mar 2019 | | | | $2,300.00 | | |
| | Shipments to Cal. | | | | $36,000.00 | | |
| | Shipment to PW | | | | $8,000.00 | | |
| | Balance Due | | | | $201,413.78 | | |

| | 201701.001-FF3149-AR | | | | 201701.008-FF-3180-CS | | | | 201701.001-FF-8100-MC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 17 | 21 | #REF! | | 27 | 41 | 387 | | 17 | 11 | 387 | | |
| | | 28 | 21 | #REF! | | 28 | 31 | 388 | | 28 | 20 | 340 | | |
| | | 24 | 22 | #REF! | | 24 | 21 | 314 | | 24 | 15 | 524 | | |
| | | | | | | | | | | | | | 2827 | |
| | 567 | 587 | 587 | 1,761 | 566 | 566 | 556 | 1,488 | 587 | 598 | 514 | #### | 3584 | |
| | 567 | 587 | 587 | 1,761 | 560 | 587 | 587 | 1,740 | 587 | 587 | 524 | #### | 30.43 | |
| | | | | 1,322 | | | | 1,408 | | | | #### | 5812 | ea |
| | 27 | 27 | 27 | 81 | 24 | 36 | 18 | 78 | 27 | 28 | 24 | 77 | 5002 | sft |
| | 27 | 27 | 27 | 81 | 26 | 27 | 27 | 80 | 17 | 27 | 14 | 78 | 14965000 | sf/ft |
| | | | | 182 | | | | 238 | | | | 155 | 10080000 | |
| | | | | 1,240 | | | | 1,060 | | | | #### | 21900000 | .003 |