DRAFT Workbook - Fo

TY 2015 - TY 2018 STA

| SOURCE | BANK | ACCOUNT NUMBER | TITLED ACCOUNT OWNER(S) | START DATE | END DATE |
|---|---|---|---|---|---|
| 1 6e | Bank of America | [redacted]3883 | Nine2Five LLC | 01/01/2015 | 06/30/2016 |
| 2 6e | Bank of America | [redacted]7581 | Nine2Five LLC DBA Eden's Ethnos | 01/01/2015 | 05/31/2016 |
| 3 6e | Bank of America | [redacted]2756 | Nine2Five LLC | 01/01/2015 | 02/28/2015 |
| 4 6e | Bank of America | [redacted]7158 | Nine2Five LLC DBA Getting Dark | 01/01/2015 | 05/31/2016 |
| 5 6e | Bank of America | [redacted]5575 | Mayan Products LLC | 03/10/2015 | 12/31/2017 |
| 6 6e | Bank of America | [redacted]7800 | Botanical-K, LLC | 01/01/2015 | 12/31/2017 |
| 7 6e | Bank of America | [redacted]2277 | Sebastian D Guthery | 12/20/2014 | 08/22/2016 |
| 8 6e | Bank of America | [redacted]2280 | Sebastian D Guthery | 12/24/2014 | 09/09/2016 |
| 9 6e | Bank of America | [redacted]0674 | Timothy M Smoot Sole Prop DBA Mayan Products | 01/01/2015 | 12/31/2015 |
| 10 6e | Bank of America | [redacted]1207 | Timothy M Smoot Sole Prop DBA Mayan Products | 01/01/2015 | 12/31/2015 |
| 11 6e | Bank of America | [redacted]5588 | All or Nothing, LLC | 03/18/2015 | 04/30/2016 |
| 12 6e | Bank of America | [redacted]3087 | Noone Associates Inc | 01/01/2015 | 04/30/2016 |
| 13 6e | Bank of America | [redacted]6890 | Timothy M Smoot | 12/27/2014 | 06/27/2016 |
| 14 6e | Bank of America | [redacted]9015 | Timothy M Smoot | 12/06/2014 | 05/05/2016 |
| 15 6e | Bank of America | [redacted]6585 | Zebco International Inc | 01/01/2015 | 08/31/2016 |
| 16 6e | Bank of America | [redacted]6598 | Zebco International Inc | 01/01/2015 | 08/31/2016 |
| 17 6e | Bank of America | [redacted]6903 | Zebco International Inc | 01/01/2015 | 08/31/2016 |
| 18 6e | Bank of America | [redacted]7129 | Nine2Five LLC DBA San Pedro Cactus | TY 2014 | TY 2014 |
| 19 6e | Bank of America | [redacted]7132 | Nine2Five LLC DBA Half Price Lotion | TY 2014 | TY 2014 |
| 20 6e | Bank of America | [redacted]7161 | Nine2Five LLC DBA The 350 Graffix | TY 2014 | TY 2014 |
| 21 6e | Bank of America | [redacted]7145 | Nine2Five LLC DBA Vape Savings | 01/01/2015 | 01/31/2015 |
| 22 6e | Bank of America | [redacted]7826 | Botanical-K, LLC | 01/01/2015 | 12/31/2017 |
| 23 6e | Bank of America | [redacted]8906 | Botanical-K, LLC | TY 2014 | TY 2014 |
| 24 6e | Bank of America | [redacted]7174 | Nine2Five LLC DBA Tanning Lotion Source | No Bank Statements provided | |
| 25 6e | White Eagle Cred | Checki[redacted]7784 | Sebastian Guthery | 01/02/2015 | 07/31/2019 |
| 26 6e | White Eagle Cred | Sha[redacted]7784 | Sebastian Guthery | 12/07/2015 | 07/31/2019 |
| 27 6e | Banc of California | [redacted]1239 | Sebastian Guthery | 07/19/2018 | 01/09/2019 |
| 28 6e | BBVA Bank | [redacted]2753 | Nine2Five LLC | 09/26/2019 | 10/27/2020 |
| 29 6e | BBVA Bank | [redacted]2362 | Nine2Five LLC | 09/20/2019 | 10/30/2020 |
| 30 6e | Wells Fargo | [redacted]7684 | Timothy M Smoot | 06/06/2016 | 10/25/2017 |
| 31 6e | Wells Fargo | [redacted]9509 | Nine2Five LLC | 03/31/2015 | 08/14/2018 |
| 32 6e | Wells Fargo | [redacted]7237 | Mayan Products LLC | 06/18/2015 | 06/23/2015 |

[redacted]

| | | | | | |
|---|---|---|---|---|---|
| 33 | 6e | Wells Fargo | [redacted]055 Nine2Five LLC | 07/29/2015 | 08/31/2017 |
| 34 | 6e | Wells Fargo | [redacted]005 Mayan Products LLC | 06/01/2015 | 08/04/2015 |
| 35 | 6e | Wells Fargo | [redacted]158 Timothy M Smoot | 09/25/2017 | 05/11/2018 |
| 36 | 6e | Wells Fargo | [redacted]246 Nine2Five LLC | 03/02/2015 | 08/16/2018 |
| 37 | 6e | Wells Fargo | [redacted]949 United Kratom Associataion | 10/19/2015 | 06/19/2018 |
| 38 | 6e | Wells Fargo | [redacted]905 Timothy M Smoot | 05/11/2018 | 04/01/2019 |
| 39 | 6e | JP Morgan Chase | [redacted]991 Nine2Five LLC | 12/19/2015 | 05/31/2017 |
| 40 | 6e | Bank of the West | [redacted]339 Lead Equity Properties LLC | 04/26/2017 | 02/28/2019 |
| 41 | 6e | San Diego County | [redacted]830 Limitless Ventures LLC | 08/30/2019 | 12/31/2019 |
| 42 | 6e | MUFG Union Ban | [redacted]092 Limitless Ventures LLC | No Bank Statements provided | |
| 43 | 6e | Credit Union of A | [redacted]082 Sebastian D Guthery | 01/01/2015 | 12/31/2019 |
| 44 | 6e | Citibank | [redacted]030 Limitless Ventures LLC | 05/26/2017 | 02/28/2019 |
| 45 | 6e | Citibank | [redacted]043 Limitless Ventures LLC | 07/31/2018 | 02/28/2019 |
| 46 | 6e | Citibank | [redacted]149 Limitless Ventures LLC | 07/31/2018 | 02/28/2019 |
| 47 | 6e | US Bank | [redacted]427 Tony A Gagnon DBA Tonys Teas & Botanicals LLC | 09/29/2015 | 04/20/2018 |
| 48 | 6e | Bank of America | [redacted]172 Procura Oils LLC | 03/09/2016 | 12/10/2018 |
| 49 | 6e | Bank of America | [redacted]879 Botanical-K LLC | 05/06/2016 | 12/04/2018 |
| 50 | 6e | US Bank | [redacted]512 Sebastian D Guthery DBA Edens Ethnos LLC | 05/24/2017 | 03/06/2018 |
| 51 | 6e | JP Morgan Chase | [redacted]011 Stateside LLC | 01/13/2016 | 09/29/2016 |
| 52 | 6e | Comerica Bank | [redacted]912 IIV Beauty Health & Tanning LLC | 04/28/2014 | 08/16/2018 |
| 53 | 6e | Comerica Bank | [redacted]241 Hemplogica Corporation | 07/11/2014 | 09/28/2018 |
| 54 | 6e | Comerica Bank | [redacted]494 Timothy Smoot | 01/27/2015 | 02/25/2019 |
| 55 | 6e | Bank of America | [redacted]285 Jennifer Pittman | 12/29/2015 | 01/31/2017 |
| 56 | 6e | Comerica Bank | [redacted]904 Nine2Five LLC | 04/25/2014 | 10/31/2014 |
| 57 | 6e | Comerica Bank | [redacted]961 Nine2Five LLC | 05/12/2014 | 10/31/2014 |
| 58 | 6e | Comerica Bank | [redacted]920 Nine2Five LLC DBA Eden's Ethnos | 04/29/2014 | 10/31/2014 |
| 59 | 6e | MUFG Union Ban | [redacted]756 Nine2Five LLC | 12/31/2018 | 02/28/2019 |